# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

VALORIE JACOBS,

    Plaintiff,

v.                                                 No. 2:18-cv-02591-MSN-cgc

PEABODY HOTEL GROUP, INC.,
and PEABODY MANAGEMENT, INC.

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed August 30, 2018,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal, filed January 28, 2022, (ECF No. 99), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) which allows dismissal without a court order, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:      January 28, 2022